| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID ANTHONY STEBBINS, DBA Acerthorn,

        Plaintiff-Appellant,

 v.

KARL POLANO, DBA Sofiannp; et al.,

        Defendants-Appellees,

 and

FACEBOOK, INC.,

        Defendant.

No. 23-15531

D.C. No. 4:21-cv-04184-JSW
Northern District of California,
Oakland

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion for summary reversal (Docket Entry No. 2) is denied.

    The opening brief has been filed. The answering brief is due August 28, 2023. The optional reply brief is due within 21 days after service of the answering brief.

OSA113