**23-15531**

IN THE

# United States Court of Appeals

**FOR THE NINTH CIRCUIT**

───◆◆◆───

DAVID ANTHONY STEBBINS, DBA Acerthorn,

*Plaintiff-Appellant,*

—v.—

KARL POLANO, DBA Sofiannp; FREDERICK ALLISON,
DBA InitiativeKookie; RAUL MATEAS, DBA TGP482;
ALPHABET, INC.; DISCORD, INC.; AMAZON.COM, INC.; YOUTUBE, LLC,

*Defendants-Appellees,*

—and—

FACEBOOK, INC.,

*Defendant.*

───

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INDEX VOLUME

JEREMY P. AUSTER
WILSON SONSINI GOODRICH
 & ROSATI
1301 Avenue of the Americas,
 40th Floor
New York, New York 10019
(212) 999-5800

*Attorneys for Defendants-Appellees
 Alphabet, Inc. and YouTube, LLC*

# TABLE OF CONTENTS

| DOCKET NO. | DESCRIPTION | PAGE |
|---|---|---|

**Volume I of III**

| | | |
|---|---|---|
| 160 | Judgment, filed July 11, 2022 | SER2 |
| 158 | Order Granting Motion to Intervene, Denying Motion for Default Judgment and Dismissing Action, filed July 11, 2022 | SER3 |

**Volume II of III**

| | | |
|---|---|---|
| 187 | Order Denying Motion for Protective Order, filed March 28, 2023 | SER12 |
| 186 | Order Denying Motion for Reconsideration and Recusal and Denying Motion for Relief from Judgment, filed March 28, 2023 | SER13 |
| 181 | Opposition to Motion for Protective Order and for Sanctions [Dkt. 179], filed February 21, 2023 | SER21 |
| 180 | Clerk's Notice re 174 Administrative Motion to Consider Whether Cases Should be Related, filed February 9, 2023 | SER24 |
| 179 | Motion for Protective Order and for Sanctions, filed February 6, 2023 | SER26 |
| 179-1 | Email from Jason Mollick to David Stebbins, dated January 26, 2023 | SER43 |
| 179-2 | [Proposed] Order Granting Protective Order and Sanctions | SER44 |

ii

|  |  | PAGE |
|---|---|---|
| 174 | Administrative Motion to Consider Whether Cases Should be Related, filed January 25, 2023 | SER45 |
| 174-1 | Declaration of Jason Mollick in Support of Administrative Motion to Consider Whether Cases Should be Related, filed January 25, 2023 | SER52 |
| 174-2 | [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related, filed January 25, 2023 | SER54 |
| 172 | Notice of Application for Writ of Mandamus and for Writs of Prohibition, filed December 7, 2022 | SER55 |
| 172-1 | Petition for Writs of Mandamus and Writs of Prohibition | SER56 |
| 167 | Reply in Support of Motion to Set Aside Judgment, filed August 7, 2022 | SER67 |
| 162 | Motion for Relief of Judgment, filed July 25, 2022 | SER74 |
| 159 | Motion for Leave to File Motion for Reconsideration and to Recuse, filed July 11, 2022 | SER76 |
| 155 | Reply to [154] Response to Objection to Reply Evidence and Opposition to [152] Motion for Leave to File Supplemental Memorandum, filed June 8, 2022 | SER79 |
| 155-1 | Email from David Stebbins, dated June 6, 2022 | SER82 |
| 153 | Objection to Reply Evidence, filed June 6, 2022 | SER83 |
| 153-1 | Email from David Stebbins to Jason Mollick, dated September 28, 2021 | SER88 |
| 153-2 | Accidental Livestream from April 10, 2021 | SER94 |

iii

| | | PAGE |
|---|---|---|
| 153-3 | Accidental Livestream from April 10, 2021 | SER95 |
| 153-4 | Accidental Livestream from April 10, 2021 | SER96 |
| 152 | Motion for Leave to File Supplemental Brief in Response to [151] Reply to Motion to Intervene, filed June 1, 2022 | SER97 |
| 151 | Reply in Further Support of Motion to Intervene, filed June 1, 2022 | SER102 |
| 150 | Order Denying Motion to File Revised or Supplemental Opposition, filed May 25, 2022 | SER116 |
| 148 | Motion for Leave to File Supplemental and/or Revised Opposition to [138] Motion to Intervene and for Leave to do so Under Seal, filed May 7, 2022 | SER117 |
| 144 | Opposition to Motion to Intervene, filed April 29, 2022 | SER121 |
| 144-1 | Request for Judicial Notice | SER143 |
| 144-2 | [Proposed] Order Denying [138] Motion to Intervene | SER145 |
| 143 | Order Denying Emergency Motion to Strike, filed April 27, 2022 | SER146 |
| 142 | Emergency Motion to Strike, filed April 27, 2022 | SER148 |
| 142-1 | [Proposed] Order Striking [138] Motion to Intervene | SER152 |
| 141 | Stipulation and [Proposed] Order to Modify Schedule on Motion to Intervene, filed April 27, 2022 | SER154 |
| 138 | Motion to Intervene, filed April 20, 2022 | SER157 |

iv

| | | PAGE |
|---|---|---|
| 138-1 | Request for Judicial Notice in Support of Motion to Intervene | SER175 |
| 138-2 | Exhibit A—<br>Copy of E-File Application | SER179 |
| 138-3 | [Proposed] Order | SER184 |
| 135 | Motion to Clarify or in the Alternative for Leave to File Supplemental Brief, filed April 13, 2022 | SER185 |
| 135-1 | Email from David Stebbins to Jason Mollick, dated April 6, 2022 | SER189 |
| 134 | Order Regarding Notice of Voluntary Dismissal and Striking Motions, filed April 12, 2022 | SER191 |
| 132 | Reply to [131] Opposition to [130] Motion to Strike, filed April 11, 2022 | SER193 |
| 131 | Joint Response to Plaintiff's Motion to Strike the Corporate Defendants' Motion to Dismiss, filed April 11, 2022 | SER197 |

**Volume III of III**

| | | |
|---|---|---|
| 130 | Motion to Strike [129] Motion to Dismiss, filed April 11, 2022 | SER203 |
| 129 | Corporate Defendants' Joint Notice of Motion and Motion to Dismiss, filed April 11, 2022 | SER204 |
| 129-1 | Request for Judicial Notice in Support of Corporate Defendants' Joint Motion to Dismiss | SER228 |

v

| | | PAGE |
|---|---|---|
| 128 | Notice of Voluntary Dismissal without Prejudice as to Alphabet Inc., Discord Inc. and Amazon.com Inc., filed April 11, 2022 | SER238 |
| 127 | Motion for Default Judgment as to Karl Polano, Raul Mateas and Frederick Allison, filed April 7, 2022 | SER240 |
| 127-1 | Email from David Stebbins, dated March 19, 2022 | SER246 |
| 127-2 | Text Messages | SER250 |
| 127-3 | Text Message | SER251 |
| 127-4 | Email to David Stebbins, dated February 20, 2022 | SER252 |
| 127-5 | Email from Mark Jansen to David Stebbins, dated February 21, 2022 | SER253 |
| 127-6 | Email from Eric Marciogn to David Stebbins, dated February 22, 2022 | SER254 |
| 127-7 | Email from Sally Acorn to David Stebbins, dated February 22, 2022 | SER255 |
| 127-8 | Email from Stephen Thortonberry to David Stebbins, dated February 22, 2022 | SER256 |
| 127-9 | Email to David Stebbins, dated March 6, 2022 | SER257 |
| 127-10 | Email from Bijan N. to David Stebbins, dated March 18, 2022 | SER258 |
| 127-11 | Email from Shon Brennan to David Stebbins, dated April 3, 2022 | SER259 |
| 127-12 | Email to David Stebbins, dated March 22, 2022 | SER260 |

vi

|  |  | PAGE |
|---|---|---|
| 127-13 | Email to David Stebbins, dated December 20, 2021 | SER261 |
| 127-14 | Email to David Stebbins, dated December 20, 2021 | SER262 |
| 127-15 | Email to David Stebbins, dated December 20, 2021 | SER263 |
| 127-16 | Text Messages | SER264 |
| 127-17 | YouTube Links of the Acerthorn Pinata Bashing thread | SER265 |
| 127-18 | YouTube Link of SidAlpha's video | SER266 |
| 127-19 | Facts of the Case | SER267 |
| 127-20 | Memorandum of Points and Authorities in Support of Motion for Default Judgment as to Karl Polano, Frederick Allison and Raul Mateas | SER274 |
| 125 | Clerk's Notice Entry of Default as to Defendant Karl Polano, filed April 6, 2022 | SER296 |
| 123 | Clerk's Notice Entry of Default as to Defendant Raul Mateas. filed March 28, 2022 | SER297 |
| 122 | Motion for Entry of Default as to Raul Mateas, filed March 28, 2022 | SER298 |
| 91 | Clerk's Notice Entry of Default as to Defendant Frederick Allison, filed November 4, 2021 | SER299 |
| 55 | Second Amended Complaint, filed September 17, 2021 | SER300 |
| 21 | Order Re Sufficiency of Amended Complaint and Deferring Ruling on Ex Parte Application for Temporary Restraining Order, filed August 3, 2021 | SER327 |

vii

| | | PAGE |
|---|---|---|
| 11 | Amended Complaint, filed July 29, 2021 | SER333 |
| 10 | Screening Order Pursuant to 28 U.S.C. § 1915 and Order re: Motion to Appoint Counsel, filed June 30, 2021 | SER360 |
| 1 | Complaint, filed June 2, 2021 | SER367 |
| 188 | Plaintiff's Notice of Appeal, filed April 3, 2023 | SER380 |
| | Docket Entries | SER383 |