David Stebbins (pro se Plaintiff)          123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                                    acerthorn@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS,                                                      PLAINTIFF

VS.                                        Case 23-15531

KARL POLANO, et al                                          DEFENDANTS

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Supplemental Brief.

1.      Since briefing has closed in this case, a new case from the Supreme Court has been published which sets guidance on how courts are to interpret the word "absolute." This has the potential to impact this Court's interpretation of my right to issue the voluntary dismissal, and/or the effects that dismissal must have.

2.      I seek leave of Court to file a supplemental brief to make my argument as to how this new case law affects my legal rights.

So requested on this, the 9th day of July, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)