**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

## Selected docket entries for case 23–15531

Generated: 01/28/2025 13:14:04

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 08/28/2024 | 32 Post Judgment Form **DOCUMENT COULD NOT BE RETRIEVED!** | | FILED MEMORANDUM (SIDNEY R. THOMAS, JOHNNIE B. RAWLINSON and DANIEL P. COLLINS) Stebbins's motion to file a supplemental brief (Docket Entry No. [31]) is denied. AFFIRMED. FILED AND ENTERED JUDGMENT. [12904396] (AH) |