# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** 23-15531

**Case Name** David Stebbins v. Karl Polano, et al

The Clerk is requested to award costs to *(party name(s))*:

Defendants - Appellees ALPHABET INC. and YOUTUBE, LLC

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** s/ Jeremy P. Auster    **Date** September 6, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED *(each column must be completed)* | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 4 | 418 | $ 0.10 | $ 181.62 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 7 | 144 | $ 0.10 | $ 109.49 |
| Reply Brief / Cross-Appeal Reply Brief | | | $ | $ |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $ |
| | | | **TOTAL:** | $ 291.11 |

***Example:*** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 10**    Rev. 12/01/2021



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

September 3, 2024

WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, New York 10019

Stebbins v Polano
Appellee's Brief, Supplemental Record Excerpts, Index Volume & Addendum
United States Court of Appeals - Ninth Circuit

## ITEMIZED BILL OF COSTS

**Docket No. 23-15531**

Appellee's Brief - 7 Copies / 59 Pages

| | | | | |
|---|---|---|---|---|
| 413 | Printed 59 Text Pages x 7 Copies | $ | 0.10 | 41.30 |
| | | SUB-TOTAL: | | 41.30 |
| | | NYC SALES TAX: | $ | 3.56 |
| | | | | **$44.86** |

Record Excerpts - 4 Copies / 411 Pages

| | | | | |
|---|---|---|---|---|
| 1644 | Printed 411 Text Pages x 4 Copies | $ | 0.10 | 164.40 |
| | | SUB-TOTAL: | | 164.40 |
| | | NYC SALES TAX: | $ | 14.18 |
| | | | | **$178.58** |

Index Volume - 4 Copies / 7 Pages

| | | | | |
|---|---|---|---|---|
| 28 | Printed 7 Text Pages x 4 Copies | $ | 0.10 | 2.80 |
| | | SUB-TOTAL: | | 2.80 |
| | | NYC SALES TAX: | $ | 0.24 |
| | | | | **$3.04** |

Addendum - 7 Copies / 85 Pages

| | | | | |
|---|---|---|---|---|
| 595 | Printed 85 Text Pages x 7 Copies | $ | 0.10 | 59.50 |
| | | SUB-TOTAL: | | 59.50 |
| | | NYC SALES TAX: | $ | 5.13 |
| | | | | **$64.63** |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.

**TOTAL:** **$291.11**