David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS,     PLAINTIFF

VS.     Case 23-15531

KARL POLANO, et al     DEFENDANTS

**OBJECTION TO BILL OF COSTS**

    Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Objection to Bill of Costs in the above-styled action.

    The intervenor-appellees are just that: Intervenors. The freely and voluntarily chose to insert themselves into the case of their own accord. Therefore, their costs should be born exclusively by them, since they were entirely voluntary.

    Barring that, their request to be reimbursed $181.62 for their "excerpts of record" is absurd. The record they provided is exclusively from the District Court proceedings, meaning the Court could already see the record on Pacer, without the intervenor-appellees needing provide it. Therefore, this expense was even more voluntary and self-inflicted on their part than the briefs that they only filed because they chose to intervene.

    Therefore, their request for costs should be denied.

    So objected to on this, the 10th day of September, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
