**FILED**

SEP 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID ANTHONY STEBBINS, DBA Acerthorn, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KARL POLANO, DBA Sofiannp; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> FACEBOOK, INC., <br><br> Defendant. | No. 23-15531 <br><br> D.C. No. 4:21-cv-04184-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered August 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT