| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 24 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID ANTHONY STEBBINS, DBA Acerthorn,

        Plaintiff-Appellant,

 v.

KARL POLANO, DBA Sofiannp; et al.,

        Defendants-Appellees,

 and

FACEBOOK, INC.,

        Defendant.

No. 23-15531

D.C. No. 4:21-cv-04184-JSW
Northern District of California, Oakland

ORDER

Appellees' opposed bill of costs (Docket Entry No. 33) is granted. *See* Fed. R. App. P. 39(a)(2) (if judgment is affirmed, costs are taxed against appellant); Cir. R. 39-1 (outlining costs allowed).

This order shall amend the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT